IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEYSTONE CENTRAL SCHOOL DISTRICT, Plaintiff | : : : | CIVIL ACTION 3:05-cv-02348-JEJ |
| v. | : : | (Hon. John E. Jones, III) |
| E.E., by and through his mother and legal guardian, H.E., Defendants | : : : | Filed: Nov. 14, 2005 |

## ORDER TO FILE UNDER SEAL

AND NOW, this __24th__ day of __January, 2006__, upon consideration of the parties' agreement in the Joint Case Management Plan to file the administrative record under seal, for the reasons explained therein and the interests of privacy in the minor-student's educational and other records, the Clerk is directed that, upon receipt of the Administrative Record from the Office For Dispute Resolution, the Administrative Record shall be filed under seal and shall remain confidential except to necessary Court personnel, the parties, counsel of record, and their designees identified in a signed writing.

BY THE COURT:

_____
John E. Jones, III, Judge

LN1 218852v1 01/23/06